JANET M. HEROLD, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
California State Bar No. 256653
BENJAMIN R. BOTTS, Trial Attorney
California State Bar No. 274542
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7767
Facsimile:    (415) 625-7772
Email: botts.benjamin.r@dol.gov

Attorneys for Plaintiff,
United States Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> ANIMAL CLINIC OF ALAMO, INC., a corporation; DEBORAH KNIBB, an individual; JOHN C. BAINE, III, an individual; and the ANIMAL CLINIC OF ALAMO PROFIT SHARING PLAN, an employee pension benefit plan. | Case No. 3:14-cv-667 <br><br> **SECRETARY'S REQUEST TO CONTINUE INITIAL CASE DEADLINES** <br><br> **Chief Magistrate Judge Maria-Elena James** |

SECRETARY'S REQUEST TO CONTINUE
INITIAL CASE DEADLINES                        1
Case No. 3:14-cv-667

1    Plaintiff Thomas E. Perez, the United States Secretary of Labor ("Secretary"), filed the

2    complaint in this case on February 12, 2012.  The following day, the Court issued an Order

3    setting April 24, 2014 as the last day for the parties to meet and confer regarding initial

4    disclosures, discovery plan, and ADR matters, and to file initial ADR papers.  Dkt. No. 3.  The

5    Order also set May 8, 2014 as the deadline for the parties to file their Rule 26(f) report and serve

6    initial disclosures, and set the initial case management conference for May 15, 2014.  *Id.*

7    The Secretary sent requests for waivers of service to all defendants on March 4, 2012.

8    Dkt. Nos. 4-7.  Defendants Animal Clinic of Alamo, Inc., John Baine, III, and the Animal Clinic

9    of Alamo Profit Sharing Plan returned waivers of service to the Secretary on March 27.  Dkt.

10   Nos. 8-10.  Defendant Deborah Knibb, however, did not respond to the waiver request, which the

11   Secretary sent to her last known mailing address, a post office box.  The Secretary is currently

12   attempting to locate and serve Ms. Knibb but to date has not completed service.

13   Accordingly, the Secretary requests that the Court extend all initial deadlines 60 days to

14   provide sufficient time for the Secretary to locate and serve Ms. Knibb and for the parties to meet

15   and confer, as follows:

16   **June 23, 2014**: Last day to:

17   • Meet and confer re: initial disclosures, early settlement, ADR process

18   selection, and discovery plan;

19   • File ADR certification signed by parties and counsel;

20   • File either stipulation to ADR process or notice of need for ADR phone

21   conference.

22   **July 7, 2014**: Last day to file Rule 26(f) report, complete initial disclosures or state

23   objection and file case management statement.

24   **July 14, 2014**: Initial case management conference.

25   //

26   //

27   //

28

SECRETARY'S REQUEST TO CONTINUE
INITIAL CASE DEADLINES                    2
Case No. 3:14-cv-667

1

Respectfully submitted,

2   Dated: April 15, 2014

3

M. PATRICIA SMITH
Solicitor of Labor

4

JANET M. HEROLD
Regional Solicitor

5

6

DANIELLE L. JABERG
Counsel for ERISA

7

By:    /s/ Benjamin R. Botts

8

BENJAMIN R. BOTTS
Trial Attorney

9

Attorneys for Plaintiff,
United States Secretary of Labor

10

11

12

13

14

15

GRANTED

Judge Maria-Elena James

DATED:   4/15/2014
Request is GRANTED, the
above deadlines are continued.

16

17

18

19

20

21

22

23

24

25

26

27

28

SECRETARY'S REQUEST TO CONTINUE
INITIAL CASE DEADLINES        3
Case No. 3:14-cv-667