United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   THOMAS E. PEREZ,
            Plaintiff,                    Case No. 14-cv-00667-WHO
8
9       v.                                **ORDER MODIFYING PRETRIAL
                                          SCHEDULE**
10  ANIMAL CLINIC OF ALAMO, INC., et al.,
            Defendants.
11
12      IT IS HEREBY ORDERED that the pretrial schedule for this case is modified as follows:
13      **Expert disclosures:**              **January 15, 2015**
14      **Discovery (fact and expert) cutoff:** **February 13, 2015**
15      **Dispositive motions heard by:**    **March 18, 2015**
16      Pretrial conference and trial remain set for May 11, 2015, and May 26, 2015, respectively.
17      **IT IS SO ORDERED**.
18  Dated: October 21, 2014
19                                          
20                                          WILLIAM H. ORRICK
                                            United States District Judge
21
22
23
24
25
26
27
28