UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THOMAS E. PEREZ, United States Secretary of Labor,<br><br>                Plaintiff,<br>    v.<br><br>ANIMAL CLINIC OF ALAMO, INC., *et al.*,<br><br>                Defendants.<br>_____/ | No. C 14-00667 WHO (LB)<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT** |

The court held a settlement conference today. Given some of the logistics issues at play, the court refers Defendant Deborah Knibb to the Federal Pro Bono Project for limited representation during the settlement conference in the manner set forth below:

1. The Clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one copy of the court file with a notice of referral of the case pursuant to the Guidelines of the Federal Pro Bono Project for referral to a volunteer attorney. The case management conference statements provide an overview of the case.

2. If BASF locates an attorney to represent Ms. Knibb, that attorney shall be appointed as counsel from now through the duration of the ADR process before the undersigned.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 14-00667 WHO (LB))