UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANIMAL CLINIC OF ALAMO, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00667-WHO<br><br>**ORDER CONTINUING TRIAL AND OTHER DATES** |

In light of the recent referral to the pro bono project and on-going discussions regarding resolution, I will continue the non-jury trial of this matter to **July 13, 2015 at 8:30 a.m.** The other associated dates are now set as follows:

| | |
|---|---|
| Last day to amend pleadings: | January 12, 2015 |
| Discovery cutoff (fact and expert): | March 30, 2015 |
| Expert disclosure: | February 17, 2015 |
| Rebuttal disclosure: | March 9, 2015 |
| Dispositive motions heard by: | May 6, 2015 |
| Pretrial Conference: | June 29, 2015 at 2:00 p.m. |

**IT IS SO ORDERED**.

Dated: October 30, 2014

WILLIAM H. ORRICK
United States District Judge