UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

Plaintiff,

vs.

ANIMAL CLINIC OF ALAMO, INC., et al.

Defendants.

Case Number: 14-cv-00667 WHO (LB)

**ORDER APPOINTING COUNSEL**

Because Defendant Deborah Knibb has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Robert J. Guite of Sheppard Mullin Richter & Hampton LLP is hereby appointed as counsel for Ms. Knibb in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

  ☐ mediation

  ☐ early neutral evaluation

  ☒ settlement conference

  ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
  _____

  ☐ discovery as follows:
  _____
  _____

  ☐ other:
  _____
  _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
United States Magistrate Judge Laurel Beeler