JANET M. HEROLD
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
IAN H. ELIASOPH
Counsel for ERISA
BENJAMIN R. BOTTS (CSBN 274542)
Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7767
Facsimile: (415) 625-7772
Email: botts.benjamin.r@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, United States Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ANIMAL CLINIC OF ALAMO, INC., a corporation; DEBORAH KNIBB, an individual; JOHN C. BAINE, III, an individual; and the ANIMAL CLINIC OF ALAMO PROFIT SHARING PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No.: 14-cv-00667-WHO<br><br>**STIPULATION AND ORDER RE: EXTENSION OF CASE DEADLINES** |

Pursuant to the Court's October 30, 2014 Order Continuing Trial and Other Dates, the discovery cutoff in this case is March 30, 2015.  Dkt. No. 50.  On February 12, 2015, Magistrate Judge Laurel Beeler set a further settlement conference for March 2, 2015.  Dkt. No. 53.  In order to provide the parties adequate time to engage in meaningful settlement discussions while preserving their ability to conduct sufficient discovery if they are unable to resolve this matter through the settlement conference process, the parties request and hereby stipulate to extend the

case deadlines in the Court's October 30, 2014 order by 60 days as follows:

      Discovery cutoff (fact and expert): May 29, 2015

      Expert disclosure: April 17, 2015

      Rebuttal disclosure: May 8, 2015

      Dispositive motions heard by: July 5, 2015

      Pretrial Conference: August 28, 2015

      Trial: September 11, 2015

AGREED:

      M. PATRICIA SMITH
      Solicitor of Labor

      JANET M. HEROLD
      Regional Solicitor

      DANIELLE L. JABERG
      Counsel for ERISA

      IAN H. ELIASOPH
      Counsel for ERISA

Dated: 2/19/2015      By:      /s/ Benjamin Botts
      BENJAMIN R. BOTTS
      Trial Attorney
      U.S. Department of Labor, Office of the Solicitor
      Attorneys for Plaintiff Thomas E. Perez


Dated: 2/18/2015      /s/Robert Guite (as authorized 2/18/2015)
      ROBERT GUITE
      Sheppard Mullin, LLP
      Settlement Attorney for Defendant Deborah Knibb


Dated:      
      JOHN BAINE III, Defendant in Pro Per


Dated: 2/13/2015      /s/William Thompson (as authorized 2/13/2015)
      WILLIAM THOMPSON
      Attorney for Third-Party Defendant David Berlier

STIPULATION RE: CASE DEADLINES      CASE NO. 14-cv-00667-WHO

**ORDER**

PURSUANT TO STIPULATION, **modified as follows**, the case schedule shall be:

Discovery cutoff (fact and expert): May 29, 2015

Expert disclosure: April 17, 2015

Rebuttal disclosure: May 8, 2015

Dispositive motions heard by: July **1**, 2015

Pretrial Conference: August 2**4**, 2015
Trial: September **2**1, 2015

IT IS SO ORDERED.

Dated: February 20, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge