SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. GUITE, Cal. Bar No. 244590
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:

Attorneys for Defendant DEBORAH KNIBB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, United States Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ANIMAL CLINIC OF ALAMO, INC., a corporation; DEBORAH KNIBB, an individual; JOHN C. BAINE, III, an individual; and the ANIMAL CLINIC OF ALAMO PROFIT SHARING PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No. 14-cv-00667 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CROSS-CLAIMS AND THIRD-PARTY COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), all parties who have appeared in the action hereby stipulate that Deborah Knibb's Counterclaim against John C. Baine, III and her Third-Party Complaint against David J. Berlier are hereby DISMISSED WITHOUT PREJUDICE with all parties to bear their own fees and costs.

Dated: March 4, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/Robert J. Guite
ROBERT J. GUITE
Attorneys for Defendant
DEBORAH KNIBB


   /s/ Benjamin R. Botts
Dated: March 4, 2015
BENJAMIN R. BOTTS
Attorneys for Plaintiff
United States Department of Labor


Dated: March ___, 2015       JOHN C. BAINE, III, *pro se*


Dated: March ___, 2015       DAVID J. BERLIER, *pro se*

Dated: March ___, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ROBERT J. GUITE
Attorneys for Defendant
DEBORAH KNIBB

Dated: March ___, 2015

_____
BENJAMIN R. BOTTS
Attorneys for Plaintiff
United States Department of Labor

Dated: March 4, 2015

/s/ John C. Baine
_____
JOHN C. BAINE, III, *pro se*

Dated: March ___, 2015

_____
DAVID J. BERLIER, *pro se*

Dated: March ___, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ROBERT J. GUITE
Attorneys for Defendant
DEBORAH KNIBB

Dated: March ___, 2015

_____
BENJAMIN R. BOTTS
Attorneys for Plaintiff
United States Department of Labor

Dated: March ___, 2015

_____
JOHN C. BAINE, III, *pro se*

Dated: March _3_, 2015

*David J. Berlier* (signature)
_____
DAVID J. BERLIER, *pro se*

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Deborah Knibb's Counterclaim against John C. Baine, III and her Third-Party Complaint against David J. Berlier are dismissed without prejudice pursuant to Rule 41(a).

Dated: March 5, 2015



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE